# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

NATHANIEL N. NARTEY,                          :
                                              :
                          Plaintiff,          :
                                              :       Civil Action No. 16-00124 SLR
              v.                              :
                                              :
ADVOSERV AND ADVOSERV                         :
PAYROLL, LLC,                                 :
                                              :
                          Defendants.         :
                                              :

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED AND AGREED, subject to the Court's approval, that all claims brought by Plaintiff Nathaniel N. Nartey against Defendants AdvoServ and Advoserv Payroll, LLC, are dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs, fees and expenses, pursuant to the agreement of the parties.

**SCHMITTINGER & RODRIGUEZ, P.A.**

  /s/ Noel E. Primos
Noel E. Primos (Del. No. 3124)
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
nprimos@schmittrod.com
*Attorneys for Plaintiff*

**GREENBERG TRAURIG, LLP**

OF COUNSEL:

_/s/ Brittany M. Giusini_
Brittany M. Giusini (Del. No. 6034)

Kelly Dobbs Bunting, Esq. (PA I.D. 88492)
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Tel: 215.988.7800
Fax: 215.988.7801
buntingk@gtlaw.com

The Nemours Building
1007 N. Orange St., Suite 1200
Wilmington, DE 19801
(302) 661-7000
giusinib@gtlaw.com
_Attorneys for Defendants AdvoServ and_
_AdvoServ Payroll, LLC_

SO ORDERED this _____ day of July, 2014.


_____
Hon. Sue L. Robinson
United States District Court Judge